# United States District Court
## for the
## Eastern District of Missouri

United States of America
v.

JONATHAN PHILLIP MORGAN

Date of Original Judgment: 2/9/2011
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Case No: 4:10CR447(CEJ)
USM No: 37929-044

Robert C. Wolfrum
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ The court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __70__ months **is reduced to** __60 months__

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 2/9/2011 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 2/11/2015

*Judge's signature*

Effective Date: 11/1/2015
*(if different from order date)*

Carol E. Jackson, U.S. District Judge
*Printed name and title*